### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ONEOK HYDROCARBON, L.P., et al., | |
| Plaintiffs, | |
| vs. | Case No.12-CV-660-JHP-FHM |
| UNITED STATES DEPARTMENT OF TRANSPORTATION, et al., | |
| Defendants. | |

## OPINION AND ORDER

Plaintiffs' Motion for Temporary Restraining Order, [Dkt. 9], has been referred to the undersigned United States Magistrate Judge for Report and Recommendation. A hearing on the matter is hereby scheduled before the undersigned on Thursday, December 6 at 1:30 pm. in Courtroom #2 on the third floor of the Page Belcher Federal Building, 333 West 4th Street, Tulsa, Oklahoma.

Plaintiffs are directed to give notice of this Opinion and Order to all Defendants so that the Defendants may appear and be heard.

SO ORDERED this 4th day of December, 2012.

FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE